IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:19-CR-71-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DYLAN HARPER, ) | |
| ) | |
| Defendant. ) | |

This case comes before the court on seven motions by defendant Dylan Harper ("defendant") seeking: (1) disclosure of Rule 404(b) evidence (D.E. 47); (2) early disclosure of material under the Jencks Act (D.E. 48); (3) disclosure of witness statements without redaction of witness identity (D.E. 49); (4) disclosure of promises and inducements (D.E. 50); (5) disclosure of criminal convictions of co-conspirators, accomplices, co-defendants, or witnesses that will testify at trial (D.E. 51); (6) sequestration of government witnesses (D.E. 52); and (7) leave to file further pretrial motions (D.E. 53). Supporting memoranda are incorporated into each motion. The government filed an omnibus response (D.E. 61) addressing each of defendant's motions. The motions were referred to the undersigned for review and decision pursuant to 28 U.S.C. § 636(b)(1)(A) and are ready for adjudication.

On 24 February 2020, defendant pleaded guilty pursuant to a plea agreement. Minute Entry dated 24 Feb. 2020 (D.E. 63); Plea Agreement (D.E. 65). Defendant's sentencing is currently scheduled for 8 June 2020. Sentencing Scheduling Ord. (D.E. 66). Accordingly, defendant's pretrial motions (D.E. 47, 48, 49, 50, 51, 52, and 53) are DENIED AS MOOT.

SO ORDERED, this 27 day of February 2020.

*[signature]*
James E. Gates
United States Magistrate Judge